# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDRICK DILLARD,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 70223

**FILED**

JUN 16 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus seeking an order directing the district court to resolve a petition for genetic marker testing. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160. We are confident that the district court will resolve all pending matters as expeditiously as its calendar permits. Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:     Hon. William D. Kephart, District Judge
        Christopher Oram, Esq.
        Edrick Dillard
        Attorney General/Carson City
        Eighth District Court Clerk

16-18948